**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**MELVIN L. THOMAS III and BILLY D. LAWSON, Jr.**
**on behalf of themselves and all others similarly**
**situated**                                                                  **PLAINTIFFS**

**vs.**                                  **Case No. 1:12-cv-1016**

**BANCORPSOUTH BANK and**
**BANCORPSOUTH, INC.**                                    **DEFENDANTS**

---

**MOTION FOR RULE 16 STATUS CONFERENCE**

---

COMES NOW the Plaintiffs, Members of the Settlement Class, and Class Counsel, and respectfully request that this Court pursuant to Rule 16 of the Federal Rules of Civil Procedure, set a short status conference in the above-styled case, at the Court's earliest convenience. Plaintiffs and Settlement Class Counsel believe the conference should take no longer than 30 minutes.   The purpose of the conference is to update this Court on the status and actions of the MDL and JPMDL and the status of Class Notice.

                                        Respectfully Submitted,

DATED:  April 19, 2012                  **EMERSON POYNTER LLP**

                                        /s/ Will T. Crowder
                                        Scott E. Poynter (AR #90077)
                                        Christopher D. Jennings (AR #2006306)
                                        William T. Crowder (AR #2003138)
                                        Corey D. McGaha (AR#2003047)
                                        500 President Clinton Ave
                                        Suite 305
                                        Little Rock, AR 72201
                                        Phone:  (501) 907-2555
                                        Fax:  (501) 907-2556

John G. Emerson (AR #2008012)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Phone: (281) 488-8854
Fax:  (281) 488-8867

Class Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2012, a true and correct copy was served upon the following:

Floyd M. Thomas, Jr.
THOMAS & HICKEY, L.L.P.
423 North Washington Avenue
El Dorado, AR 71730

Eric Jon Taylor
William J. Holley, II
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, GA 30303

Walter B. Cox
COX, COX & ESTES PLLC
75 North East Avenue, Suite 400
P.O. Drawer 878
Fayetteville, AR 72701

Gary R. Burbank
BURBANK, DODSON & BARKER PLLC
215 North Washington Avenue
El Dorado, AR 71730

Counsel for Defendants BancorpSouth Bank and BancorpSouth, Inc.

/s/ Will T. Crowder
Will T. Crowder