## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | |
|---|---|
| **MELVIN L. THOMAS III, and BILLY D. LAWSON, JR. on Behalf of Themselves and All Others Similarly Situated**  **Plaintiff** v.  **BANCORPSOUTH BANK and BANCORPSOUTH, INC.,**  **Defendant** | Case No. 1:12-CV-1016 |

## NOTICE

At a hearing before the Honorable James Lawrence King in *In Re: Checking Account Overdraft Litigation*, MDL No. 2036; *Shane Swift v. BancorpSouth, Inc.*, N.D. Fla. Case No. 1:10-cv-00090-SPM, S.D. Fla. Case No. 1:10-cv-23872-JLK on Plaintiff's Opposition to Notice of Settlement and Motion to Stay and Suspend Scheduling Order Pertaining to Fourth Tranche Cases as to BancorpSouth, Inc. and BancorpSouth Bank, and Plaintiff's Emergency Motion to Enjoin Copycat Case Under the All Writs Act and Incorporated Memorandum of Law, Judge King granted Plaintiff's Motion and issued an injunction prohibiting Defendant BancorpSouth Bank, BancorpSouth, Inc. and its counsel from further participation in this litigation. A written Order from Judge King is expected and will be provided to this Court when available.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 19th day of April, 2012.

            **PARKER, HUDSON, RAINER & DOBBS LLP**

            By: */s/ Eric Jon Taylor*
                Eric Jon Taylor (GA Bar #699966)
                William J. Holley, II (GA Bar #362310)
                Elizabeth A. Loyd (GA Bar #708920)
                *Admitted pro hac vice*

            1500 Marquis Two Tower
            285 Peachtree Center Avenue, N.E.
            Atlanta, GA 30303
            Telephone:  (404) 420-5300
            Facsimile:   (678) 533-7791
            Email:  etaylor@phrd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system which will automatically send a copy to the following attorneys of record:

>Scott E. Poynter
>Christopher D. Jennings
>William T. Crowder
>Corey D. McGaha
>EMERSON POYNTER LLP
>500 President Clinton Ave
>Suite 305
>Little Rock, AR 72201
>scott@emersonpoynter.com
>cjennings@emersonpoynter.com
>wcrowder@emersonpoynter.com
>cmcgaha@emersonpoynter.com
>
>John G. Emerson
>EMERSON POYNTER LLP
>830 Apollo Lane
>Houston, TX 77058
>jemerson@emersonpoynter.com

This 19th day of April, 2012.

>*/s/ Eric Jon Taylor*
>Eric Jon Taylor

2351243_1