UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| MELVIN L. THOMAS III, and BILLY D. LAWSON, JR. on Behalf of Themselves and All Others Similarly Situated<br><br>    Plaintiff<br><br>v.<br><br>BANCORPSOUTH BANK and BANCORPSOUTH, INC.,<br><br>    Defendant | Case No. 1:12-CV-1016 |

## NOTICE OF FILING

Pursuant to the Order of the Honorable James Lawrence King, United States District Judge, Southern District of Florida, BancorpSouth Bank and BancorpSouth Inc. (collectively "BancorpSouth") submit this Notice of Filing the following documents:

- Docket Entry No. 2666: Order Denying BancorpSouth Bank's Motion to Stay and Granting Plaintiff's Emergency Motion to Enjoin Copycat Case Under the All Writs Act (attached as Exhibit 1); and

- Transcript of the April 18, 2012 Motion for Stay [BancorpSouth] Before the Honorable James Lawrence King, Senior District Judge (attached as Exhibit 2).

Respectfully submitted this 30th day of April, 2012.

          **PARKER, HUDSON, RAINER & DOBBS LLP**

          By: */s/ Eric Jon Taylor*
            Eric Jon Taylor (GA Bar #699966)
            William J. Holley, II (GA Bar #362310)
            Elizabeth A. Loyd (GA Bar #708920)
            *Admitted pro hac vice*

          1500 Marquis Two Tower
          285 Peachtree Center Avenue, N.E.
          Atlanta, GA 30303
          Telephone:  (404) 420-5300
          Facsimile:   (678) 533-7791
          Email:  etaylor@phrd.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send a copy to the following attorneys of record:

>Scott E. Poynter
>Christopher D. Jennings
>William T. Crowder
>Corey D. McGaha
>EMERSON POYNTER LLP
>500 President Clinton Ave
>Suite 305
>Little Rock, AR 72201
>scott@emersonpoynter.com
>cjennings@emersonpoynter.com
>wcrowder@emersonpoynter.com
>cmcgaha@emersonpoynter.com
>
>John G. Emerson
>EMERSON POYNTER LLP
>830 Apollo Lane
>Houston, TX 77058
>jemerson@emersonpoynter.com

This 30th day of April, 2012.

>*/s/ Eric Jon Taylor*
>Eric Jon Taylor

2371081_1